IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER ANN GOMAA | : | |
|     Debtor | : | CASE NO. 1:14-bk-04469 |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JENNIFER ANN GOMAA, | : | |
| CHARLES J. DeHART, III, ESQ., | : | |
|     Respondent | : | |

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted that the filing of a bankruptcy petition acts as a stay upon certain foreclosure actions.

6. Proof of default is demanded at trial, pending Debtor's research of payments made, and this paragraph is therefore denied.

7. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

8. Proof of plan payments is demanded at trial and this averment is therefore denied. Debtor is wage attached and the employer may not have sent all payments that it has withheld.

9. Proof that Debtor is responsible for payment of attorneys' fees and costs is demanded at trial and this paragraph is therefore denied.

10. Admitted.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com