United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                               Case No. 14-04469-RNO
Jennifer Ann Gomaa                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: karendavi        Page 1 of 1            Date Rcvd: Aug 09, 2016
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.
        +Hershey Medical Center,    Attn: Payroll Debbie Raber,    600 Centerview Drive PO Box 855,
         Hershey, PA 17033-0855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor Jennifer Ann Gomaa DorieMott@aol.com,
         KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor Jennifer Ann Gomaa karagendronecf@gmail.com,
         doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JENNIFER ANN GOMAA :
: CASE NO. 1:14-bk-04469-RNO
:
:
Debtor(s) :

## AMENDED ORDER TO PAY TRUSTEE

    Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute,

    It is therefore ordered that until further Order of this Court the entity from whom the Debtor, Jennifer Ann Gomaa , receives income:

HERSHEY MEDICAL CENTER
PAYROLL DEBBIE RABER
600 CENTERVIEW DRIVE PO BOX 855
HERSHEY, PA 17033

deduct from said income the sum of $416.28 from each monthly paycheck, or $208.14 from each two-week pay check, or $104.07 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER PA 17604

    It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.
    It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.
    It is further ordered that this Order supersedes previous orders made to the subject entity in this case.
    It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 9, 2016