IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER ANN GOMAA | : | |
|     Debtor | : | CASE NO. 1:14-bk-04469 |
| | : | |
| LYCOMING AUTO TRUST, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JENNIFER ANN GOMAA, | : | |
|     Respondent | : | |

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Proof of default is demanded at trial and this averment is therefore denied, pending Debtor's research of payments made. Movant is adequately protected by equity in the vehicle.

    WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott, Esquire
    Mott & Gendron Law
    Attorney ID # 43568
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com