IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JENNIFER ANN GOMAA :
  Debtor : CASE NO. 1:14-bk-04469
:
:
:

**MOTION TO TERMINATE
WAGE ATTACHMENT TO PAY TRUSTEE**

  Comes now the Debtor, Jennifer Ann Gomaa, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

  1. The Debtor filed a Chapter 13 Petition on September 26, 2014

  2. The Debtor has completed all payments due under the plan and wishes to terminate the wage attachment.

  Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

        Respectfully submitted,

        /s/ Kara K. Gendron
        _____

        Dorothy L. Mott, Esquire, Atty ID 43568
        Kara K. Gendron, Esquire, Atty ID 87577
        Mott & Gendron Law
        125 State Street
        Harrisburg, PA 17101
        Tel (717)232-6650
        Fax (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JENNIFER ANN GOMAA :
  Debtor : CASE NO. 1:14-bk-04469
:
:
:

**<u>ORDER</u>**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| JENNIFER ANN GOMAA | : | |
| Debtor | : | CASE NO. 1:14-bk-04469 |

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2017 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
| --- | --- |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| HERSHEY MEDICAL CENTER<br>ATTN: PAYROLL DEPARTMENT<br>PAYROLL DEBBIE RABER<br>600 CENTERVIEW DRIVE PO BOX 855<br>HERSHEY, PA 17033 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Edith R. Warfel
_____
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel: (717)232-6650
Fax: (717) 232-0477