Certificate Number: 11760-PAM-DE-029583900

Bankruptcy Case Number: 14-04469


11760-PAM-DE-029583900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2017, at 5:30 o'clock PM PDT, Jennifer Gomaa completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2017   By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher